PEOPLE EX REL. JOSEPH H. WONDERLY v. KENT CIRCUIT
JUDGE.

*Capias—Return day of writ.*

A capias is not fatally defective for misstating the date of its return day where it also contains a recital showing that it is to be returned on the first day of the term.

MANDAMUS to set aside a capias on the ground that it was not made returnable on the first day of the term, which was the 6th of October, 1879. The writ directed the sheriff to bring the relator before the circuit court, etc., "on the *seventh* day of October, A. D. 1879, that being the first day of the next succeeding term," etc. Submitted and denied October 21.

*Taggart & Wolcott* for the motion.

*Simonds & Fletcher* against.

PER CURIAM. The capias shows plainly on its face that it was intended to be returnable on the first day of term, which is the only day on which it could be made so. Having such a recital in it, the writ furnished the means of its own correction, and the erroneous mention of a wrong day of the month should not vitiate it. One or the other day being incorrect, it must be held that the intention was to make the writ returnable on the day which would be legal. The writ, therefore, was valid.

Mandamus denied.